UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lisa M. Hickman

Case No.: 19-24964
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

___Brian S. Thomas___, ___Chapter 7 Trustee___ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Mitchell H. Cohen US Courthouse
401 Market Street
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable ___Andrew B. Altenburg, Jr.___ on ___05/26/20___ at ___10___ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 223 East Weber Avenue
Villas, NJ
Value $173,000.00

Liens on property: Quicken Loans
$132,618.00

Amount of equity claimed as exempt: $25,150.00

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                         Case No. 19-24964-ABA
Lisa M. Hickman                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Apr 27, 2020
                              Form ID: pdf905          Total Noticed: 32
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2020.
db             +Lisa M. Hickman,    225 E. Weber Avenue,    Villas, NJ 08251-2240
518385662      +Amerihealth Ins. Co. of NJ,    1901 Market Street,    Philadelphia, PA 19103-1480
518386963       Anthony Hickman,    1826 Mt. Pleasant Road,    Tuckahoe, NJ  08250
518385663      +Atlantic Diagnostic Labs.,    3520 Progress Drive,    Suite C,   Bensalem, PA 19020-5810
518385664      +Barclays Bank Deleware,    Northstar Location Services,    4285 Genesee Street,
                 Cheektowaga, NY 14225-1943
518385665      +C&R of Northfield,    P.O. Box 35,    201 Tilton road,    Northfield, NJ 08225-1247
518385666      +Cape Radiology,    P.O. Box 697,    Cape May Court House, NJ 08210-0697
518385668      +Cape Regional Physicians,    P.O. Box 593,    Cape May Court House, NJ 08210-0593
518385671      +CitiBank N.A.,    P.O. Box 8061,    Mason, OH 45040-8061
518386964       Kristopher Hill,    1826 Mt. Pleasant Road,    Tuckahoe, NJ  08250
518385676      +Midland Credit Mgt.,    P.O. Box 301030,    Los Angles, CA 90030-1030
518385678       Quicken Loans,    P.O. Box 6577,    Carol Stream, IL 60197-6577
518406137      +Quicken Loans Inc.,    KML Law Group, P.C.,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
518385679      +Rainbow Pediatrics,    P.O. Box 617,    Ocean View, NJ 08230-0617
518385680       Synchrony Bank,    ERC,   P.O. Box 23870,    Jacksonville, FL 32241-3870
518385681      +TD Retail Card Services,    P.O. Box 731,    Mahwah, NJ 07430-0731
518386961      +UNKNOWN,    PO Box 674169,    Marietta, GA 30006-0070
518386962       UNKNOWN,    PO Box 661038,    Chicago, IL  60666-1038
518385683      +Verizon Wireless,    McCarthy BurgessWolff,    26000 Cannon Road,    Cleveland, OH 44146-1807
518385684       Wells Fargo Auto,    MACT9017-026,    P.O. Box 168048,    Irving, Texas 75016-8048
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 27 2020 23:44:32      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 27 2020 23:44:30      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518385667      +E-mail/Text: lriley@caperegional.com Apr 27 2020 23:43:57     Cape Regional Medical Center,
                 2 Stone Harbor Blvd.,    Cape May Court House, New Jersey 08210-2138
518385669      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 27 2020 23:39:55
                 Capital One Bank USA N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
518385670      +E-mail/Text: bncnotices@stengerlaw.com Apr 27 2020 23:43:49      Capital One N.A.,
                 c/o Stenger & Stenger,    2618 East Paris Ave SE,    Grand Rapids, MI 49546-2454
518385672      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 27 2020 23:44:18      Comenity Bank/ Peebles,
                 P.O. Box 182789,   Columbus, OH 43218-2789
518385673       E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com Apr 27 2020 23:43:08
                 Gateway One Lending & Finance,    175 N. Riverview Drive,    Anaheim, CA 92808
518385674       E-mail/Text: Check.bksupport@globalpay.com Apr 27 2020 23:43:10      Global Payments Check Serv.,
                 P.O. Box 661038,   Chicago, IL 60666
518385675      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 27 2020 23:40:11      Merrick Bank,
                 P.O. Box 9201,   Old Bethpage, NY 11804-9001
518385677       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 27 2020 23:52:17
                 Portfolio Recovery Assoc.,    P.O. Box 12914,    Norfolk, VA 23541
518387299      +E-mail/PDF: gecsedi@recoverycorp.com Apr 27 2020 23:40:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518385682      +E-mail/Text: CollectionsCompliance@firstdata.com Apr 27 2020 23:45:14      TRS Recovery Services,
                 P.O. Box 674169,    Marietta, GA 30006-0070
                                                                                              TOTAL: 12
```

```
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                    Page 2 of 2                    Date Rcvd: Apr 27, 2020
                               Form ID: pdf905                Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2020 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.axosfs.com
          Brian   Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
          Joseph T. Margrabia    on behalf of Debtor Lisa M. Hickman jmargrabia@comcast.net
          Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```