Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  19−24964−ABA
                    Chapter:  7
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M. Hickman
   aka Lisa M. Konczyk
   225 E. Weber Avenue
   Villas, NJ 08251

Social Security No.:
   xxx−xx−7939

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 27, 2020</u>                     <u>Andrew B. Altenburg Jr.</u>
                                            Judge, United States Bankruptcy Court